## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

DEBBEY MCMILLAN                                                    PLAINTIFF

VS.                                            CIVIL ACTION NO.: 3:25CV201-GHD-RP

STATE FARM AUTOMOBILE INS. CO. et al                        DEFENDANT(S)

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on motion of the Plaintiff to dismiss the above styled and numbered cause with prejudice, and the Court having heard and considered said motion, and having found that this cause has been compromised and settled, the Plaintiff having received full accord and satisfaction of all causes of action she has against the Defendants, this Court is of the opinion that this motion is well taken and should be and is hereby sustained.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above styled and numbered cause shall be and is hereby fully, finally, and completely dismissed with prejudice with the parties bearing their own costs.

**SO ORDERED AND ADJUDGED,** this the _____ day of _____, 2026.

_____
DISTRICT COURT JUDGE

AGREED:

_____
J. Andrew Taggert (MSB #104542)
*Attorney for Plaintiff, Debbey McMillan*

_____
William H. Creel, Jr. (MSB #8673)
*Attorney for Defendant, State Farm Mutual*
*Automobile Insurance Company*